O

JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 08-1942-VAP (SHx)                      Date:  February 5, 2009

Title:   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE. -v- ANGELINA MIRELES; and DOES 1-5
===============================================================
PRESENT:      HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

Marva Dillard                                        None Present
Courtroom Deputy                                     Court Reporter

ATTORNEYS PRESENT FOR                ATTORNEYS PRESENT FOR
PLAINTIFFS:                          DEFENDANTS:

None                                 None

PROCEEDINGS:    MINUTE ORDER REMANDING CASE TO SAN BERNARDINO SUPERIOR COURT - RANCHO CUCAMONGA UDRS804294  (IN CHAMBERS)

     Defendant has failed to respond to the Court's Order to Show Cause, entered on January 21, 2009.  The Court does not have federal subject matter jurisdiction over the claims asserted in this case.  Accordingly, the Court REMANDS the action to the Superior Court of California, San Bernardino County.

     **IT IS SO ORDERED.**